# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ROBERT WHITE, individually, (PLEASE SEE ATTACHMENT)  E-filing

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.)
and DOES 1 through 100,

CV 08 1770

CRB

TO: (Name and address of defendant)
G.D. Searle & Co.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizemore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   APR 2 2008

(BY) DEPUTY CLERK

NDCAO440

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ROBERT WHITE, individually, (PLEASE SEE ATTACHMENT)

E-filing   SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), and DOES 1 through 100,

08  1770

CRB

**TO:** (Name and address of defendant)
Pharmacia Corp.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizemore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard,
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  APR 2 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NDCA0440

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ROBERT WHITE, individually, (PLEASE SEE ATTACHMENT)

**SUMMONS IN A CIVIL CASE**

E-filing

V.

CASE NUMBER:

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), and DOES 1 through 100,

CRB

**TO:** (Name and address of defendant)

Pfizer, Inc.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizemore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard,
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 2 2

Richard W. Wieking
CLERK

DATE _____

_____
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NDCAO440