THOMAS V. GIRARDI - BAR NO. 36603
V. ANDRE SHERMAN - BAR NO. 198684
Girardi | Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 08-1770 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Robert White, et al.,<br><br>              Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Michael Mallicoat, Marilyn Cates, Marvin Mettetal, William Earl Johnson for Donna Mae Johnson in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with

//

//

//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

each side bearing its own attorneys' fees and costs.

DATED: 3-9, 2010    By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE